CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 02 2019

JULIA C. DUDLEY, CLERK
BY: /s/ASlagle
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 7:19-cr-43 |
| v. | ) |
| | ) |
| TRAVIS DUSTIN ALTIZER, | ) |
| | ) By: Michael F. Urbanski |
| Defendant. | ) Chief United States District Judge |
| | ) |

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a report and recommendation on September 5, 2019, ECF No. 48, recommending that defendant's plea of guilty to Count 1 of the First Superseding Indictment be accepted. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, it is **ORDERED** that the report and the findings and recommendation contained therein are **ADOPTED**, defendants' plea of guilty to Count 1 of the First Superseding Indictment and the plea agreement are **ACCEPTED**, and defendant is adjudged **GUILTY** of the offense charged in Count 1 of the First Superseding Indictment.

It is so **ORDERED**.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: 10/02/2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge